THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE B. MCCLELLAN, Appellant.

*People* v. *McClellan,* 118 App. Div. 177, affirmed.
(Argued April 24, 1907; decided May 10, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1907, which affirmed an order of Special Term denying a motion to set aside the summons and complaint in an action of quo warranto and the service thereof as unlawful.

The following is the question certified: "Was the determination of former Attorney-General Mayer, denying the application of William Randolph Hearst for leave to bring an action in the nature of quo warranto to try the title to the office of Mayor of the City of New York, a bar to his successor in acting under the authority vested in him by law in bringing this action?"

*Eugene Lamb Richards, Jr.,* and *G. D. B. Hasbrouck* for appellant.

*William Schuyler Jackson, Attorney-General (Charles A. Dolson* of counsel), for respondent.

Order affirmed, with costs, on opinion of INGRAHAM, J., below and question certified answered in the negative.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.